THE STATE, EX REL. WARGO ET AL., APPELLANTS, *v.* PRICE, JUDGE, ET AL., APPELLEES.

(No. 78-144—Decided October 25, 1978.)

*Messrs. Kelley, McCann & Livingstone* and *Mr. Aubrey B. Willacy,* for appellants.

*Mr. Stephan M. Gabalac,* prosecuting attorney, and *Mr. Steven J. Schwartz,* for appellees Judge Theodore Price and James McCarthy.

*Mr. Kenneth Boukis* and *Mr. James Easly,* for appellee Ritenour.

*Per Curiam.* Amendment of pleadings by leave of the court, Civ. R. 15(A), is a matter of judicial discretion, subject to review on appeal. Mandamus is not a substitute for appeal. *State, ex rel. Marshall,* v. *Keller* (1968), 15 Ohio St. 2d 203, 205.

The judgment of the Court of Appeals is therefore affirmed.

*Judgment affirmed.*

Leach, C. J., Herbert, Celebrezze, W. Brown, P. Brown, Sweeney and Locher, JJ., concur.